UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:20-cv-01375

JERRY GOODRICH,

    Plaintiff,

v.

4 WINDS MANAGEMENT SOLUTIONS, LLC,
A Florida Limited Liability Company,

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COME NOW,** Plaintiff JERRY GOODRICH ("GOODRICH" or "Plaintiff") and Defendant, 4 WINDS MANAGEMENT SOLUTIONS, LLC, ("Defendant" or "4 WINDS") (collectively the Plaintiff and Defendant may be referred to as the "Parties"), by and through undersigned counsel, and hereby stipulate to the dismissal of the above-captioned action in its entirety with prejudice, and, in support thereof, state as follows:

Defendant has agreed to pay Plaintiff full compensation he is entitled to under the FLSA, without compromise. Thus, judicial review of the settlement is not required. *See Mackenzie v. Kindred Hosp. East, LLC*, 276, F. Supp. 2d. 1211, 1217 (M.D. Fla. 2003); *see also Anago Franchising, Inc. v. Shaz LLC*, No. 10-95098, slip op. (11th Cir. April 23, 2012)("we find that the plain language of Rule 41(a)(1)(A)(ii) requires that a stipulation filed pursuant to that subsection becomes self-executing and dismisses the case upon its becoming effective"). Additionally, the parties represent that attorney's fees were negotiated separately and without regard to the compensation to be received by Plaintiff. As such, the Court need

not separately review Plaintiff's attorneys' fees and costs. *See Bonetti v. Embarq Mgmt. Co.*, 715 F. Supp. 2d 1222 (M.D. Fla. 2009).

**WHEREFORE**, Plaintiff JERRY GOODRICH and Defendant, 4 WINDS MANAGEMENT SOLUTIONS, LLC jointly stipulate to the dismissal of this action with prejudice.

Dated this 17 day of September 2020.

| | |
|---|---|
| **RICHARD CELLER LEGAL, P.A.** | **LAW OFFICE OF ROBERT ECKARD & ASSOCIATES, P.A.** |
| /s/Noah Storch, Esq. | |
| **NOAH E. STORCH, ESQ** | **ROBERT D. ECKARD, B.C.S.** |
| FBN: 0085476 | FBN: 0162655 |
| 10368 W. SR 84 | **TARA MCDONALD, ESQ.** |
| Suite 103 | FBN: 43941 |
| Davie, FL 33324 | **KRISTIN M. RHODUS, ESQ.** |
| (866) 344-9243 Telephone | FBN: 88792 |
| (954) 337-2771 Facsimile | 3110 Alternate U.S. 19 North |
| noah@floridaovertimelawyer.com | Palm Harbor, FL 34683 |
| *Attorneys for Plaintiff* | (727) 772-1941 Telephone |
| | (727) 771-7940 Facsimile |
| | Robert@RobertEckardLaw.com |
| | Tara@RobertEckardLaw.com |
| | Kristin@RobertEckardLaw.com |
| | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE ON FOLLOWING PAGE**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served by electronic mail on all counsel of record through the Florida Courts E-Filing Portal on this 17 day of September 2020.

Noah E. Storch, Esq.
Alexander Harne, Esq.
RICHARD CELLER LEGAL, P.A.
10368 W. SR 84, Suite 103
Davie, Florida 33324
noah@floridaovertimelawyer.com
aharne@floridaovertimelawyer.com

                                    **LAW OFFICE OF ROBERT ECKARD**
                                    **& ASSOCIATES, P.A.**

                                    **ROBERT D ECKARD, B.C.S.**
                                    **FBN: 0162655**
                                    **TARA MCDONALD, ESQ.**
                                    **FBN: 43941**
                                    **KRISTIN M. RHODUS, ESQ.**
                                    **FBN: 88792**
                                    **3110 Alternate U.S. 19 North**
                                    **Palm Harbor, FL 34683**
                                    **(727) 772-1941 Telephone**
                                    **(727) 771-7940 Facsimile**
                                    **Robert@RobertEckardLaw.com**
                                    **Tara@RobertEckardLaw.com**
                                    **Kristin@RobertEckardLaw.com**
                                    *Attorneys for Defendant*