UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERRY GOODRICH,

    Plaintiff,

v.                                        Case No: 8:20-cv-1375-T-36SPF

4 WINDS MANAGEMENT SOLUTIONS LLC,

    Defendant.
_____/

## O R D E R

Before the Court is the parties' Joint Stipulation for Dismissal With Prejudice (Doc. 18). In accord with the Joint Stipulation for Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1)    The Joint Stipulation for Dismissal With Prejudice is **APPROVED** (Doc. 18).

2)    This cause is dismissed, with prejudice.

3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on September 18, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record